**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                           Date: April 21, 2016
Court Reporter:         Terri Lindblom

Civil Action No. 16-cv-00362-MSK-NYW

*Parties*:                                                                         *Counsel Appearing:*

WENDY SCHAFER,                                                     John Taussig
                                                                                    Scott Smith

                    Plaintiff,

v.

INTRADO, INC. a subsidiary of West corporation,    Michael Frazier
WEST CORPORATION,                                              Carolyn Fairless
TRAVELERS INDEMNITY COMPANY,

                    Defendants.

---

### COURTROOM MINUTES

HEARING:        Law and Motion

**3:32 p.m.        Court in session.**

The Court addresses jurisdictional and other issues outlined in its Order at Doc. #49.

Statements from counsel.

**ORDER:**        Motion to Dismiss (**Doc. #31**) is **DENIED as moot** in light of the Motion to Amend the Complaint.  The Complaint **(Doc. #47)** is deemed **AMENDED** and the case is remanded to state court for the reasons stated on the record, but the effect of the remand order is **STAYED for 14 days**.

**4:02 p.m.        Court in recess.**
**Total Time:    30 minutes.**
**Hearing concluded.**